AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

PAUL ANTHONY SKINNER,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-CV-00207-HDM-RAM**

GREG SMITH, et al.,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** as to all counts and all defendants for failure to state a claim upon which relief can be granted.

| | |
|---|---|
|  March 28, 2011  | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |