~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

| | |
|---|---|
| PAUL ANTHONY SKINNER, | A M E N D E D |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| V. | CASE NUMBER: **3:11-CV-00207-HDM-RAM** |
| GREG SMITH, et al., | |
| Defendants. | |

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** as to all counts and all defendants for failure to state a claim upon which relief can be granted.


| | |
|---|---|
| _March 29, 2011_ | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |